JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
Telephone:   415/951-0535
Facsimile:   415/391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE RATH,<br><br>        Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. C 04-05347 EMC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial date: January 30, 2006 |

/ / /

/ / /

---

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE                   1                       CASE NO. C 04-05347 EMC

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties, Plaintiff Anne Rath and Defendant Rite Aid Corporation, through their counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all Defendants, with each party to bear its own attorneys' fees and costs.

Dated: 8-1, 2005

STEPHEN H. CORNET, ESQ.

_____
STEPHEN H. CORNET, ESQ.
Counsel for Plaintiff ANNE RATH

Dated: 8/15, 2005

KELLY, HERLIHY & KLEIN LLP

_____
JONATHAN ALLAN KLEIN
ANNMARIE M. LIERMANN
Counsel for Defendant RITE AID CORPORATION

IT IS SO ORDERED.

Dated: August 23, 2005

_____
MAGISTRATE
Judge of the United States
Northern District

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]